**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond A. Settele | Social Security number or ITIN   xxx–xx–0601 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–19639–KCF | |

# Order of Discharge                                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond A. Settele

<u>8/16/19</u>                                                    **By the court:** <u>Kathryn C. Ferguson</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond A. Settele  
    Debtor

Case No. 19-19639-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 16, 2019  
                       Form ID: 318     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.

```
db              +Raymond A. Settele,    1455 Rt 88,    Apt 8A,    Brick, NJ 08724-2372
518240327       +Apogee Physicians of NJ,    P.O. Box 1259,    Dept #102002,    Oaks, PA 19456-1259
518240328       +Center for Vein Restoration,    7474 Greenway Center Drive,    Greenbelt, MD 20770-3500
518240331        Coastal Imaging, LLC,    P.O. Box 6750,    Portsmouth, NH 03802-6750
518240332       +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                  St. Louis, MO 63179-0040
518240334        Hackensack Meridian Health,    P.O. Box 650292,    Dallas, TX 75265-0292
518240335        ID Care,    105 Raider Blvd,    Ste 101,    Hillsborough, NJ 08844-1528
518240337       +Monmouth Oceran Hospital Service Corp,    4806 Megill Road,    Ste 3,    Neptune, NJ 07753-6926
518240338       +Myraid Emergency Phys, LLC,    P.O. Box 80137,    Philadelphia, PA 19101-1137
518240339       +Ocean County Foot & Ankle,    54 Bey Lea Road,    Ste 1,    Toms River, NJ 08753-2978
518240340        Ocean Medical Center,    c/o Trans-Continental Credit & Collectio,    P.O. Box 5055,
                  White Plains, NY 10602-5055
518240341       +Ocean Medical Center,    c/o Trans-Continental,    6900 College Blvd,    Suite 550,
                  Overland Park, KS 66211-1596
518240342      ++PHOENIX FINANCIAL SERVICES LLC,    PO BOX 361450,    INDIANAPOLIS IN 46236-1450
                 (address filed with court: Phoenix Financial Services. Llc,    Attn: Bankruptcy,    Po Box 361450,
                  Indianapolis, IN 46236)
518240343       +Pond Cypress Inpatient, LLC,    c/o Phoenix Financial Services, LLC,    8902 Otis Ave,    Ste 103A,
                  Indianapolis, IN 46216-1009
518240344       +RMP, LLC,    8085 Knue Road,    Indianapolis, IN 46250-1921
518240347       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                  Highlands Ranch, CO 80129-2386
518240350       +Township of Brick,    P.O. Box 868,    Voorhees, NJ 08043-0868
518240351       +Wolf Podiatry, LLC,    717 N. Beers Street,    Suite 1D,    Holmdel, NJ 07733-1525
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2019 23:15:03      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2019 23:15:02      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518240329       +EDI: CHASE.COM Aug 17 2019 03:08:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
518240333        EDI: DISCOVER.COM Aug 17 2019 03:08:00      Discover Financial,    Attn: Bankruptcy Department,
                  Po Box 15316,    Wilmington, DE 19850
518240342        E-mail/Text: info@phoenixfinancialsvcs.com Aug 16 2019 23:14:46
                  Phoenix Financial Services. Llc,    Attn: Bankruptcy,    Po Box 361450,    Indianapolis, IN 46236
518240343       +E-mail/Text: info@phoenixfinancialsvcs.com Aug 16 2019 23:14:46      Pond Cypress Inpatient, LLC,
                  c/o Phoenix Financial Services, LLC,    8902 Otis Ave,    Ste 103A,
                  Indianapolis, IN 46216-1009
518240345       +E-mail/Text: allisony@solarenergyloanfund.org Aug 16 2019 23:15:19      Solar Energy Loan Fund,
                  2400 Rhode Island Ave,    Fort Pierce, FL 34950-4852
518240879       +EDI: RMSC.COM Aug 17 2019 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518240348       +EDI: CONVERGENT.COM Aug 17 2019 03:08:00      Synchrony Bank,    c/o Convergent Outsourcing, Inc,
                  800 SW 39th Street, Suite 100,    P.O. Box 9004,    Renton, WA 98057-9004
518240349       +EDI: RMSC.COM Aug 17 2019 03:08:00      Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 10
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
518240336        Jean Settele,    unknown
518240330*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518240346*      +Solar Energy Loan Fund,    2400 Rhode Island Ave,    Fort Pierce, FL 34950-4852
                                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2019
                               Form ID: 318             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
          Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com
          David A. Semanchik    on behalf of Debtor Raymond A. Settele info@semanchiklaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```